# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Shondo Billie, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER GRANTING PETITIONER'S** |
| United States of America, ) | **MOTION TO RELEASE** |
| ) | **PRESENTENCE INVESTIGATION** |
| Respondent. ) | **REPORT** |
| ) | |
| United States of America, ) | Case No. 4:05-cr-012 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Shondo Billie, ) | |
| ) | |
| Defendant. ) | |

_____

Before the Court is the Petitioner's "Motion to Release Presentence Investigation Report" filed on December 12, 2007. See Docket No. 73. On October 25, 2007, the Court appointed the Federal Public Defender's office to represent the Petitioner in the 28 U.S.C. § 2255 action. See Docket No. 67. The Petitioner requests that the Presentence Investigation Report that was prepared in this case be released to his counsel so that counsel may effectively prepare for the 28 U.S.C. § 2255 action. The Court **GRANTS** the Petitioner's motion and orders that Probation and Pretrial Services release the Presentence Investigation Report to the Petitioner's counsel.

**IT IS SO ORDERED.**

Dated this 13th day of December, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court